AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | November 19, 2003 |
| NAME OF SERVER (PRINT)<br>John D. Pierce | TITLE<br>Attorney for the Plaintiff |

FILED
2003 DEC -3 AM 11: 18

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): <u>Via certified mail no. 7002 3150 0001 2628 8452 as evidenced by the attached return receipt, by Defendant Superior Auto, Inc., C/O Norbert J. Schenkel, Jr Registered Agent, 520 South Calhoun Street, Fort Wayne, IN 46802</u>

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-24-03            *Amy L Shaw* (signature)
             Date                Signature of Server

<u>20 South Fifth Street, P.O. Box 599</u>
<u>Terre Haute, Indiana 47808</u>
*Address of Server*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Superior Auto, Inc.
   C/O Norbert J. Schenkel, Jr.,
   Registered Agent
   520 South Calhoun Street
   Fort Wayne, IN 46802

   JDP/Moore

2. Article Number
   (Transfer from service label)
   7002 3150 0001 2628 8452

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Martha Koehr*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
                                   11/21/03

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes