UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

2004 JAN 22 AM 8:27

| | |
|---|---|
| JANE E. MOORE,<br>    Plaintiff | )<br>)<br>) |
| vs. | )  CAUSE NO. 4:03CV0086AS<br>) |
| SUPERIOR AUTO, INC.,<br>SAC FINANCE, INC., LARRY CAPPIS,<br>Individually and in his Representative Capacity, and<br>CHERYL MERRITT, Individually and in her<br>Representative Capacity,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) |

### ANSWER TO COMPLAINT

COMES NOW the Defendant, Cheryl Merritt, by counsel, Bradley Kim Thomas, and files her Answer to the Plaintiff's Complaint. In support of said Answer the Defendant would state as follows:

1. The Defendant, Cheryl Merritt, incorporates by reference the answer of the Defendant Corporations as set out in the answer filed by the Defendant Corporations in reference to paragraph one (1) through twenty (20) of the Plaintiff's Complaint.

### COUNT V

### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

The Defendant, Cheryl Merritt, would state the following as her answer to the allegations contained in Count V:

34. The Defendant denies paragraph forty-one (41) of the Plaintiff's Complaint.

35. The Defendant denies paragraph forty-two (42) of the Plaintiff's Complaint.

36. The Defendant denies paragraph forty-three (43) of the Plaintiff's Complaint.

37. The Defendant denies paragraph forty-four (44) of the Plaintiff's Complaint.

WHEREFORE the Defendant, Cheryl Merritt, prays that the Plaintiff take nothing by way of this cause of action and for all other just and proper relief in the premises.

Respectfully Submitted,

_____
Bradley Kim Thomas, #554-17
THOMAS & THOMAS
105 West Union Street, PO Box 25
Waterloo, Indiana 46793
(260) 837-2251
Attorney for Defendant Cheryl Merritt

Certification of Service

I hereby certify that on the 19th day of January, 2004, I did mail or hand deliver a true and correct copy of the foregoing representations to Attorney for the Plaintiff:

John D. Pierce
TOFAUTE & SPELMAN
20 South 5th Street, PO Box 599
Terre Haute, Indiana 47808.

_____
Bradley Kim Thomas