# United States District Court

## Northern District of Indiana

JANE E. MOORE

        Plaintiff

                                             JUDGMENT IN A CIVIL CASE

    v.

                                    **Case No. 4:03cv86AS**

SUPERIOR AUTO, INC,
SAC FINANCE, INC., LARRY CAPPIT,
Individually and in his Representative
Capacity, and CHERYL MERRITT,
Individually and in her Representative
Capacity.

                    Defendants

[ ]    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.**  This action came to trial, hearing or consideration before the Court.  The issues have been tried, heard or considered and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED that the Defendants are entitled to judgment as a matter of law on the remainder of Plaintiff's claims.  Therefore, the Defendants' Motion for Summary Judgment on Count II, Retaliatory Discharge, and Count V, Intentional Infliction of Emotional Distress, are GRANTED.  This case is now considered closed and the clerk shall enter judgment in favor of the Defendants and against the Plaintiff.  Each party is to bear its own costs.

                                Stephen R. Ludwig, Clerk


                                By____s/Cannie S. Inman_____
                                Deputy Clerk


This document entered pursuant to Rules 79(a) and 58
of the Federal Rules of Civil Procedure on **April 18, 2005**.