UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JANE E. MOORE,       )<br>                      )<br>        Plaintiff, )<br>                      )<br>v.                    )<br>                      )  Cause No. 4:03CV0086AS<br>SUPERIOR AUTO, INC., )<br>SAC FINANCE, INC.,   )<br>LARRY CAPPIS,        )<br>Individually and in  )<br>his Representative   )<br>Capacity, and CHERYL )<br>MERRITT, Individually )<br>and in her Representative )<br>Capacity,             )<br>                      )<br>        Defendants.   ) | |

## NOTICE OF APPEAL

Comes now the Appellant, Jane Moore, hereinafter "Ms. Moore," by counsel, and respectfully files her Notice of Appeal as follows:

1. Ms. Moore, by counsel, appeals to the United States Court of Appeals for the Seventh Circuit the April 15, 2005, decision granting Defendants summary judgment.

**WHEREFORE**, Ms. Moore, by counsel, respectfully files her Notice of Appeal.

Respectfully submitted,

Pierce Pierce & Stites

_____
John D. Pierce # 21782-49

Pierce Pierce & Stites
P.O. Box 236
Rockville, Indiana 47872
(765)569-1071
(765)569-3539 facsimile

CERTIFICATE OF SERVICE

I, the undersigned, certify that a copy of the above and foregoing was mailed to the following on this 12th day of May, 2005.

Bradley Kim Thomas
THOMAS & THOMAS
105 West Union Street
P.O. Box 25
Waterloo, Indiana 46793

_____
John D. Pierce

Pierce Pierce & Stites
P.O. Box 236
Rockville, Indiana 47872
(765)569-1071
(765)569-3539 facsimile
attorneypierce2@yahoo.com

2